UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROCHELLE MEZZANO,<br>JAY V. SHORE,<br><br>    Plaintiffs,<br><br>v.<br><br>SECOND JUDICIAL DISTRICT COURT<br>OF THE STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No.: 3:23-cv-00324-RCJ-CSD<br><br>**ORDER**<br><br>Re: ECF No. 9 |

Before the court is Plaintiff Rochelle Mezzano's Motion for ECF Access. (ECF No. 9.) Plaintiff requests permission to file, receive, and serve documents electronically in this case. The court will grant Plaintiff's request under LR IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file documents in the court's electronic filing system." LR IC 1-1(b).

**IT IS HEREBY ORDERED** that Plaintiff Rochelle Mezzano's Motion for ECF Access (ECF No. 9) is **GRANTED** on a limited basis. Plaintiff must first comply with the following procedures to activate the CM/ECF account:

1. By **Friday, August 11, 2023,** Plaintiff must file a written certification that she is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff is advised that she is

not authorized to file electronically until this certification is filed with the court within the time frame specified.  LR IC 2-1.

      2.      After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

      3.      Plaintiff is directed to familiarize herself with Part IC - Electronic Case Filing of the Local Rules of Practice of the United States District Court.

Dated: July 19, 2023.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE