AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ROCHELLE MEZZANO, JAY V. SHORE, individually, and as next friend for Rochelle Mezzano,

                Plaintiff,

v.

SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, as a covered entity under the Americans with Disabilities Act, et al.,

                Defendants.

JUDGMENT

Case Number:  3:23-cv-00324-MMD-CSD

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that pursuant to this court's order entered July 18, 2024 (ECF No. 49) granting Defendants' Motion to Enter Separate Judgment for the Award of Attorney's Fees and Costs, judgment is hereby entered accordingly in favor of Defendants in the amount of $26,200.00 for attorney's fees and costs against Plaintiffs.



Date: July 18, 2024

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_